UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　CASE NO. 13 B 04589
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
Krystyna J. Paciorkowska
Jerzy Paciorkowski　　　　　　　　　　　　　　JUDGE PAMELA S. HOLLIS

　　　　DEBTORS　　　　　　　　　　　　　　NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JP Morgan Chase Bank NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | XXXXXXXX9559 | $848.13 | $848.13 | $848.13 |
| Total Amount Paid by Trustee | | | | $848.13 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit　　　　**X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13 B 04589

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 5th day of February, 2014.

Krystyna J. Paciorkowska, Jerzy Paciorkowski, 741 S Elmhurst Rd Unit G, Des Plaines, IL  60016

ELECTRONIC SERVICE - John Haderlein, 815-C Country Club Drive, Libertyville, IL  60048

ELECTRONIC SERVICE - JP Morgan Chase Bank NA, 3415 Vision Drive, Mail COde Ch4-7133, Columbus OH 43219

ELECTRONIC SERVICE - United States Trustee

Date:  February 05, 2014                      /s/ Marilyn O Marshall
                                              Marilyn O Marshall
                                              Chapter 13 Trustee
                                              224 S Michigan Ave
                                              Ste 800
                                              Chicago, IL  60604